IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK KROMREY,

    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE and
AMI DOLENZ,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-376-wmc

This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing plaintiff's claims with prejudice.

_____
Peter Oppeneer, Clerk of Court

7/19/10
Date